UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

William Lucas,                                      Civil No. 06-1399 (DSD/JJG)

    Petitioner,

v.                                                  **ORDER**

Marty Anderson, Warden,
FMC Rochester,

    Respondent.

Based upon the Report and Recommendation by United States Magistrate Judge Jeanne J. Graham dated January 11, 2007; all the files, records, and proceedings herein; and no objections having been filed to that Report and Recommendation;

**IT IS HEREBY ORDERED** that:

(1) Petitioner's Petition for a Writ of Habeas Corpus (Doc. No. 1) is **DENIED as MOOT**;

(2) Petitioner's Motion for Summary Judgment (Doc. No. 11) is **DENIED as MOOT**; and

(3) This matter is **DISMISSED**.

Dated: February 2, 2007

                                                s/David S. Doty
                                                DAVID S. DOTY
                                                United States Senior District Judge